IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION



FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 JAN 25  P 12: 23

CLERK _____
        ST. OF GA.

RUBEN WES HARRISON

vs.                                    CIVIL ACTION NO.: CV205-254

JOSE VAZQUEZ

## ORDER

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit;

**IT IS HEREBY ORDERED** that the order of the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this _25th_ day of January 2007.

_____
Judge, Untied States District Court
Southern District of Georgia